## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **RAUL ESCOLASTICO** | : | **NO. 21-257** |

### ORDER

**NOW**, this 7th day of May, 2025, upon consideration of the Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. No. 26) and the government's response, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.