**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **RAUL ESCOLASTICO** | : | **NO. 21-257** |

## ORDER

**NOW,** this 12th day of June, 2025, upon consideration of the *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. No. 21) and the government's response in opposition, it is **ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that no probable cause exists for the issuance of a certificate of appealability.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.